UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEAH WALKER, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>NEXT STEP GROUP, INC.,<br><br>      Defendant. | Case No. 25-cv-0531<br><br>The Honorable Matthew F. Kennelly |

**VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses all claims with prejudice. Each party is to bear its own attorney's fees and costs.

Dated: April 2, 2025

**LEAH WALKER**

By: /s/David Reyes

David Reyes
dreyes@ealg.law
68-29 Main Street
Flushing, New York 11367
Telephone:(630) 478-0856

Attorney for Plaintiff
Leah Walker